IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                                                           PLAINTIFF

v.                                        No. 2:21-CV-02004

LIEUTENANT CARRIE DOWDY, et al                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 10) from United States Magistrate Judge Mark E. Ford.  Plaintiff has filed objections (Doc. 11).  The Magistrate recommends on initial screening under 28 U.S.C. § 1915A that the Court dismiss Plaintiff's complaint.  The Court has conducted de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings.  The report and recommendation is otherwise proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this 3rd day of March, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE